1  **NICHOLAS F. REYES, #102114**
   Attorney at Law
2  1107 "R" Street
   Fresno, California 93721
3  Telephone: (559) 486-4500
   Facsimile:    (559) 486-4533
4
   Attorney for Defendant
5  **DAVID DAVENPORT**

6

7

8
                    UNITED STATES DISTRICT COURT
9
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA     )   **CASE NO. 1:06-CR-416-AWI**
                                )
12                              )   **STIPULATION TO CONTINUE**
                     Plaintiff, )   **SENTENCING AND PROPOSED**
13                              )   **ORDER**
        v.                      )
14                              )
   DAVID DAVENPORT              )
15                              )
                     Defendant. )
16 _____)

17
        Defendant, DAVID DAVENPORT, by and through his counsel of record,
18
   NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through
19
   its counsel of record, KIMBERLY SANCHEZ, Assistant United States Attorney for the
20
   Eastern District of California, hereby stipulate that the sentencing in the above-referenced
21
   case currently scheduled for Monday, July 23, 2007, at 9:00 a.m. be continued to Tuesday,
22
   September 4, 2007 at 9:00 a.m. in the courtroom for the Honorable Anthony W. Ishii, District
23
   Judge.
24
   ///
25
   ///
26
   ///
27
   ///
28
   ///

**IT IS SO STIPULATED**

                                                Respectfully submitted,

Dated: 07-17-07　　　　　　　　　　/s/ Nicholas F. Reyes
　　　　　　　　　　　　　　　　　　NICHOLAS F. REYES
　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　DAVID DAVENPORT

**IT IS SO STIPULATED**

Dated: 07-17-07　　　　　　　　　　/s/ Kimberly Sanchez
　　　　　　　　　　　　　　　　　　KIMBERLY SANCHEZ
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

**Dated:   July 20, 2007**　　　　　　　　**/s/ Anthony W. Ishii**
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE