PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 1:06CR00416-01 AWI** |
| ) | |
| **DAVID GENE DAVENPORT** ) | |
| ) | |

On December 17, 2008, the above-named was placed on Supervised Release for a period of 2 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/Yasmin Villegas
**Yasmin Villegas
United States Probation Officer**

Dated:   April 20, 2010
         Visalia, California
         Yv

**REVIEWED BY:**    /s/ Thomas Burgess
**Thomas A. Burgess
Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

Re:   **DAVID GENE DAVENPORT**
      **Docket Number:   1:06CR00416-01 AWI**
      **ORDER TERMINATING SUPERVISED RELEASE**
      **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

YV

Attachment:   Recommendation

cc:   United States Attorney's Office
      FLU Unit, AUSA's Office
      Fiscal Clerk, Clerk's Office


IT IS SO ORDERED.

**Dated:**   May 19, 2010                         /s/ Anthony W. Ishii
                                          CHIEF UNITED STATES DISTRICT JUDGE